707 A.2d 508

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Brian Dermot FLAHERTY, Respondent.

No. 266 Disciplinary No. 3.

Supreme Court of Pennsylvania.

March 25, 1998.

## ORDER

PER CURIAM:

AND NOW, this 25th day of March, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 20, 1998, it is hereby

ORDERED that Brian Dermot Flaherty be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.